Kim R. BAIRD, Petitioner,

v.

DEPARTMENT OF the ARMY, Respondent.

No. 2007–3046.

United States Court of Appeals, Federal Circuit.

Jan. 26, 2007.

### ORDER

Kim R. Baird ("Baird") moves for reconsideration of the court's January 4, 2007, order dismissing her petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination.

Baird has now submitted a Rule 15(c) statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's January 4, 2007 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

* Honorable Kent A. Jordan, Circuit Judge, United States Court of Appeals for the Third

(2) Baird's brief is due on or before March 2, 2007.

TRANSONIC SYSTEMS, INC., Plaintiff–Appellant,

v.

FRESENIUS USA, INC. and Fresenius Medical Care Holdings, Inc., Defendants–Appellees.

No. 2006–1422.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2007.

Rehearing Denied March 1, 2007.

Before LINN, PROST, and JORDAN,* Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.